AUGUSTA J. HART et al., Appellants, *v.* SAMUEL M. MORGENSTERN et al., Respondents, Impleaded with Others, Defendants.

Argued November 19, 1943; decided January 6, 1944.

*R. E. Burdick* and *Lewis M. Isaacs, Jr.* for appellants.
*David I. Michaelson* and *Sidney Sheingorn* for respondents.
Judgment affirmed, with costs; no opinion.
Concur: LEHMAN, Ch. J., LOUGHRAN, RIPPEY, LEWIS, CONWAY, DESMOND and THACHER, JJ.